STATE v. ROGERS

No. 583P97

Case below: 121 N.C.App. 273

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.

STATE v. RUFF

No. 550PA97

Case below: 127 N.C.App. 575

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 6 January 1998.

STATE v. SEARLES

No. 597P97

Case below: 127 N.C.App. 558

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.

STATE v. SEXTON

No. 543P97

Case below: 127 N.C.App. 558

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.

STATE v. STARKIE

No. 605P97

Case below: 127 N.C.App. 757

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.